# LAW OFFICES OF TROMELLO & FISHMAN
A CNA LITIGATION COUNSEL OFFICE*
120 WHITE PLAINS ROAD, SUITE 220, TARRYTOWN NY 10591
**U.S. MAIL ADDRESS: C/O CNA, P.O. BOX 94743, CHICAGO, IL 60690-4743**
MAIN: 914-524-5600   FAX: 866-920-1012
EMAIL CASE RELATED DOCUMENTS TO: TheLawOfficesofLoriFishman@cna.com

D. BRADFORD SESSA
DIRECT DIAL: 914-524-5732
EMAIL: d.bradford.sessa@cna.com

*CNA IS A REGISTERED SERVICE MARK
CONTINENTAL CASUALTY COMPANY, AN U[...]

> Application denied. The conference will proceed as scheduled. Counsel shall meet and confer and file a proposed revised civil case discovery plan and scheduling order by 5/17/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          May 14, 2021

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Rattigan, Glimbloy v. Oshikiri Corporation of America, Oshikiri Machinery, Ltd. and Gemini Bakery Equipment Co.*
      Docket No.: 20-CIV-7073 (PMH)

Dear Hon. Halpern:

This office represents Gemini Bakery Equipment Co. in the above referenced matter. We write to respectfully request an adjournment of the pending Case Management Conference.

Pursuant to your rules:

(1) the original date of the conference is May 18, 2021 at 10:30AM.
(2) the reason for the request is that we have an inspection set for the subject dough divider for June 19, 2021 at 9:00AM. In accordance with the availability set forth by Royal Caribbean Bakery (plaintiff's employer), the inspection must take place on a Saturday.
(3) I have never made a request for an adjournment in this case.
(4) N/A.
(5) Plaintiff's attorney does consent to my request for an adjournment of the foregoing conference to a date after the inspection. I am not aware of any other scheduled dates this request for an adjournment would affect insofar as my client was only very recently added as a defendant herein. We appeared by answer to the amended complaint on May 3, 2021 and have diligently sought to be in a position to attend our first conference with this Court. That necessarily includes an opportunity to inspect the subject dough divider (not under our control or in our possession) with our client and expert so that we can determine if there are any findings that may be worthy of discussion at our first conference.

      We respectfully request that the foregoing conference be adjourned to a date after June 19, 2021 so that we can complete the inspection so as to be in a more knowledgeable position to attend our first conference.

      Thank you for your courtesy and consideration of this request.

                          Respectfully submitted,

                           D. Bradford Sessa
                           (DS – 8046)

cc:    Joseph Monaco, Esq.